# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

IN RE:
MALI JENE FORRESTER
DEBTOR                                                    CASE NO.: 17-20229

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Comes now the Debtor, by and through counsel, and hereby gives notice that her address has changed to:

> 12272 Mashburn Court
> Walton, KY 41094

> /s/ John M Schultz
> JOHN M. SCHULTZ
> BENSON and SCHULTZ, P.S.C.
> Attorney for Debtor
> 10 South Main Street
> Walton, Kentucky 41094
> (859)485-4104
> (859)485-6906(facsimile)
> bspsc@fuse.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to the ECF address or was mailed via first class mail, postage pre-paid, on August 29, 2017, to the following: Honorable Beverly M Burden, Trustee, PO Box 2204, Lexington, Ky. 40588-2204; and US Trustee, 100 East Vine St., Ste. 500, Lexington, Ky. 40507.

> /s/ John M Schultz
> JOHN M. SCHULTZ